## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDY WILLIAMS & LEOANCE WILLIAMS, II.** | * | CIVIL ACTION NO. _____ |
| *Plaintiffs,* | * | |
| | * | JUDGE _____ |
| *vs.* | * | |
| | * | MAGISTRATE JUDGE _____ |
| **CHUBB EUROPEAN GROUP SE SUBSCRIBING TO CERTIFICATE NUMBER VBWH711643** | * * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1441 and 1446, and on the grounds set forth in this Notice of Removal, Defendant Chubb European Group SE ("Chubb") removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of its removal of this action, Chubb represents:

1.

The removing party, Chubb, is the sole defendant in this civil action, which on September 20, 2022, was commenced in and is now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing No. 2022-08799, on the docket of that court in division "E", Section "7", and entitled "*Brandy Williams & Leoance Williams, II versus Chubb European Group SE subscribing to Certificate Number VBWH711643.*" A copy of the Petition and all other pleadings, process and orders served on Chubb or filed in the action are attached to this notice as Exhibit "A".

2.

Service of the Petition and citation in the state-court action was made on Chubb on February 10, 2023, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore, this Notice of Removal is being timely filed, and the action is being removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs.

4.

Specifically, complete diversity of citizenship exists between Plaintiffs, residents of the Parish of Orleans, State of Louisiana, and Defendant Chubb, who is a foreign insurer with a principal place of business outside of Louisiana.

5.

Plaintiffs, Brandy Williams and Leoance Williams, II, allege that they are the owners of property located at 6631 Wales Street, New Orleans, Louisiana 70126 (the "Property") that is subject to the dispute at issue herein, and that they were the named insured under, and/or who paid for, the policy of insurance with Chubb which was in full force and effect relative to the Property that is subject to the dispute at issue herein.

6.

Defendant, Chubb, is a foreign insurer incorporated in Paris, France for diversity purposes. Chubb European Group SE is an ultimate 100% subsidiary of Chubb Limited, which is a Swiss entity traded on the New York Stock Exchange. Neither Chubb European Group SE, nor its parent company Chubb Limited, are domiciled in Louisiana.

7.

Plaintiffs' claim against Chubb are alleged to arise out of damages to their Property as a result of Hurricane Ida. Plaintiffs allege that the Property sustained damages falling within the scope of the insurance policy issued to Plaintiffs by Chubb. Plaintiffs allege Chubb failed to pay sums that Plaintiffs are owed under the Policy. As a result, Plaintiffs assert claims for breach of an insurance contract, bad faith insurance practices and breach of fiduciary duties. *See* Petition, ¶¶ 21 - 52.

8.

The Policy contains a limit of liability for the Coverage A Dwelling of $265,000, Coverage B Other Structures $26,500, Coverage C Personal Property $132,500 and Coverage D Loss of Use $26,500. *See* Policy Declarations Page, attached as Exhibit "B".

9.

Plaintiffs' claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). Plaintiffs seek payment of alleged losses under the policy including claims related to dwelling, other structures, personal property and additional living expenses. ¶¶ 55. Plaintiffs believe they are entitled to actual damages, as well as penalties and attorney's fees pursuant to La. R.S. § 22:1892 and 22:1973. *See* Petition, ¶¶ 55 – 53.

10.

Immediately after filing this Notice of Removal with the clerk of this Court, Chubb will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, and served on all other counsel of record.

11.

Chubb reserves the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Chubb reserves all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Chubb European Group SE, prays that the action now pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana be removed to this Court and proceed herein.

> Respectfully Submitted:
>
> By: */s/ Leah N. Engelhardt*
> Leah N. Engelhardt (#23232)
> Rachel A. Meese (#25457)
> A. Elyce Ieyoub (#39918)
> **CHAFFE McCALL, L.L.P.**
> 1100 Poydras Street, Suite 2300
> New Orleans, LA 70163-2300
> Telephone: (504) 585-7000
> Facsimile:  (504) 585-7075
> E-mail:   engelhardt@chaffe.com
>             rachel.meese@chaffe.com
>             elyce.ieyoub@chaffe.com
>
> *Attorneys for Chubb European Group SE*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

|   |   |   |   |
|---|---|---|---|
| (     ) | Hand Delivery | (     ) | Prepaid U.S. Mail |
| (     ) | Facsimile | (     ) | Federal Express |
| (  X  ) | Electronic Mail |   |   |

New Orleans, Louisiana this 10th day of March, 2023.

                         */s/ Leah N. Engelhardt*
                         LEAH N. ENGELHARDT